UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.I.M. CORPORATION, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> SALLY JEWELL, et al., <br><br>  Defendants. | CASE NO. 2:13-cv-00046-JAM-JFM <br><br> **STIPULATION TO EXTEND TIME AND ORDER** |

Pursuant to Local Rule 143, this Stipulation is entered into by and between Plaintiffs and Federal Defendants. The parties submit the following stipulation and state as follows:

1. Plaintiffs filed their Complaint, ECF No.1, on January 9, 2013.

2. The United States was served with the Complaint on March 13, 2013.

3. Under Federal Rule of Civil Procedure 12(a)(2), Federal Defendants' response to Plaintiffs' Complaint is due on May 13, 2013. Federal Defendants will be filing a motion to dismiss Plaintiffs' Complaint in its entirety.

4. Pursuant to the Court's Order Requiring Joint Status Report, ECF No. 4, the

parties' report is also due on May 13, 2013.

5. The parties agree that, should the Court allow it, they will confer and submit a Joint Status Report no later than 15 days after the Court issues an order on Federal Defendants' Motion to Dismiss.

6. There have been no other extensions of time in this case.

DATED this 13th day of May, 2013.

Respectfully Submitted,

*/s/ Brenda W. Davis*, (as authorized on 5/13/2013)
BRENDA W. DAVIS
The Brenda Davis Law Group
1990 3rd Street, Suite 400
Sacramento, CA 95811
(916) 341-7400
(916) 341-7410 (fax)
Email: bdavis@bwdlawgroup.com

Attorney for Plaintiffs

IGNACIA S. MORENO,
Assistant Attorney General
SETH M. BARSKY,
Section Chief
KRISTEN L. GUSTAFSON,
Assistant Section Chief

*/s/ Mary Hollingsworth*
MARY HOLLINGSWORTH,
AZ Bar # 027080
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0324

(202) 305-0275 (fax)
Email: mary.hollingsworth@usdoj.gov

Attorneys for Federal Defendants

**IT IS SO ORDERED:**

DATE:  5/13/2013                             /s/ John A. Mendez_____
                                             JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE