# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.I.M. CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>       v.<br><br>SALLY JEWELL, et al.,<br><br>    Defendants. | CASE NO. 2:13-cv-00046-JAM-JFM<br><br>**STIPULATION TO RESCHEDULE HEARING ON FEDERAL DEFENDANTS' MOTION TO DISMISS, ECF NO. 19, AND ORDER** |

   Pursuant to Local Rule 143, this Stipulation is entered into by and between Plaintiffs and Federal Defendants. Federal Defendants filed a Motion to Dismiss Plaintiffs' Complaint, ECF No. 19, on May 13, 2013. In that motion, Federal Defendants requested the first available hearing date, June 19, 2013, at 9:30 a.m. On May 21, 2013, counsel for Plaintiffs informed counsel for Federal Defendants of a scheduling conflict with regard to the June 19, 2013 hearing date. Due to the preexisting obligations of both parties, the Parties respectfully request that the Court reschedule any hearing on Federal Defendants' Motion to Dismiss to August 7, 2013 at 9:30 a.m.

DATED this 30th day of May, 2013.

                                                Respectfully Submitted,

*/s/ Brenda W. Davis*, (as authorized on 5/29/2013)
BRENDA W. DAVIS
The Brenda Davis Law Group
1990 3rd Street, Suite 400
Sacramento, CA 95811
(916) 341-7400
(916) 341-7410 (fax)
Email: bdavis@bwdlawgroup.com

Attorney for Plaintiffs

IGNACIA S. MORENO,
Assistant Attorney General
SETH M. BARSKY,
Section Chief
KRISTEN L. GUSTAFSON,
Assistant Section Chief

*/s/ Mary Hollingsworth*
MARY HOLLINGSWORTH,
AZ Bar # 027080
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0324
(202) 305-0275 (fax)
Email: mary.hollingsworth@usdoj.gov

Attorneys for Federal Defendants

**IT IS SO ORDERED:**

DATE:  5/30/2013                        /s/ John A. Mendez
                                              JOHN A. MENDEZ
                                              UNITED STATES DISTRICT JUDGE