UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.I.M. CORPORATION, a Nevada corporation; FRED FULSTONE; MARIANNE F. LEINASSAR; KRISTOFOR A. LEINASSAR,<br><br>    Plaintiffs,<br><br>vs.<br><br>S.M.R. JEWELL, as Secretary of the United States Department of the Interior, et al.<br><br>    Defendants. | CASE NO.  2:13-cv-00046-JAM  JFM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

    IT IS HEREBY STIPULATED by and between Plaintiffs F.I.M. CORPORATION, FRED FULSTONE, MARIANNE F. LEINASSAR, and KRISTOFOR A. LEINASSAR ("Plaintiffs") and Defendants S.M.R. JEWELL, as Secretary of the United States Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL ASHE, as Director of the United States Fish and Wildlife Service, United States Department of the Interior; REN LOHOEFENER, as Regional Director of the United States Fish and Wildlife Service, Pacific Southwest Region, United States Department of the Interior; RICHARD COLEMAN, as Senior Science Advisor and Scientific Integrity Officer of the United States Fish and Wildlife Service, United States Department of the Interior; TOM VILSACK, as Secretary of the United States Department of Agriculture; UNITED STATES DEPARTMENT OF AGRICULTURE; WILLIAM H. CLAY, as Deputy Administrator, ANIMAL AND PLANT HEALTH INSPECTION SERVICE, WILDLIFE SERVICES, United States

Department of Agriculture ("Federal Defendants") through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice.

The parties further agree and stipulate that they shall each bear their own attorneys' fees and costs incurred in this action.

Dated: June 26, 2013          THE KIRK LAW FIRM

By: /s/ Sherri M. Kirk
    The Kirk Law Firm
    770 L Street, Suite 950
    Sacramento, CA 95814
    (916) 438-6932 (tel)
    (916) 438-6933 (fax)
    saclaw@sbcglobal.net
    Attorneys for Plaintiffs
    F.I.M. Corporation, Fred Fulstone, Marianne F. Leinassar, and Kristofor A. Leinassar

Dated: June 26, 2013          ROBERT G. DREHER, Acting Assistant Attorney General
                              SETH M. BARSKY, Chief
                              KRISTEN L. GUSTAFSON, Assistant Chief

By: /s/ Mary E. Hollingsworth, as authorized on June 26, 2013
    Trial Attorney
    U.S. Department of Justice
    Environmental & Natural Resources Division
    Wildlife & Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611
    (202) 305-0324 (tel)
    (202) 305-0275 (fax)
    Mary.hollingsworth@usdoj.gov
    Attorneys for Federal Defendants

**IT IS SO ORDERED:**

DATED: 6/27/2013                   /s/ John A. Mendez
                                   John A. Mendez
                                   United States District Court Judge